In the Matter of the Estate of HELEN M. GRIDLEY, Deceased.— Decree

affirmed, without costs of this appeal to either party. All concur. Present— Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.